IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Donny Frank Ivester, Jr., )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Wal-Mart Stores, Inc., Wal-Mart Stores )<br>East, LP, and Wal-Mart Stores East, Inc., )<br>)<br>Defendants. ) | **ORDER**<br><br><br><br>C.A. No.: 8:14-cv-4521-MGL |

This matter is before the Court on joint motion of the parties seeking permission to reopen discovery for the limited purpose of completing damages discovery set forth in the parties' motion. The Court having been advised that all parties consent to the motion and that the parties do not presently anticipate that this additional discovery will result in a postponement of the trial date;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the parties request to reopen discovery for the limited purposes set forth in their motion is hereby granted.

s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

August 26, 2016
Columbia, SC